**FILED**

June 30, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AO 91 (Rev. 11/11)  Criminal Complaint

BY: _____Joseph Hinojos_____
DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  **PE: 26-MJ-251** |
| | ) |
| | ) |
| | ) |
| AGUILAR-Rodriguez, Iram | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 28, 2026 in the county of Presidio in the
Western District of Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(ii) (1) | Defendant knowingly or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transported, moved or attempted to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law |

This criminal complaint is based on these facts:

See Affidavit

X  Continued on the attached sheet.

Complaint sworn to telephonic ally and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

*Joel Velez*
*Complainant's signature*

Joel Velez , Border Patrol Agent-Intel
*Printed name and title*

Date: 06/30/2026

*Judge's signature*

City and state:  Pecos, TX

Honorable Judge David B. Fannin
*Printed name and title*

**AFFIDAVIT**

**United States of America v. AGUILAR-Rodriguez, Iram**

On June 28, 2026, Marfa Station Border Patrol Agents, assigned to the Highway 67 Checkpoint, encountered a white in color GMC Terrain, at the primary inspection booth. As the vehicle approached primary, the agent introduced himself as a Border Patrol Agent and began to question the male driver as to his citizenship. The driver stated he was a citizen of the United States and presented the agent with his valid Texas Driver's License. The agent then requested identification from the front seat male passenger. As the front seat passenger began to look for his ID, the driver opened the middle console and pulled out a New Mexico Driver's License, presented it to the agent and stated it belonged to the front seat passenger. The agent noticed the photo on the ID did not match the passenger. When questioned for his name, the passenger provided a different name than what was on the ID. The agent requested the vehicle move to secondary for further investigation. While in the secondary inspection area, the front seat male passenger admitted to being in the US illegally and admitted the ID wasn't his. Both subjects were placed under arrest for a failed human smuggling attempt and transported to the Marfa Station for further investigation. This arrest took place in the Western District of Texas.

At the Marfa Station, the driver, Iram AGUILAR-Rodriguez, was read his rights via CBP Form I-214. Iram signed Form I-214 stating he understood his rights and was willing to speak to agents without a lawyer present. Iram also signed CBP Consent to Search Form, granting agents permission to search his cell phone. Interview was recorded on CBP issued body cam.

During interview, Iram stated on Saturday, June 27th, 2026, he received a call from a female named, Vanessa, from Odessa, TX, asking if he would like to make money picking up an illegal alien in Presidio, TX. Vanessa explained to Iram, if he were to pick up the illegal alien and successfully bring him to Odessa, he would be paid $500. Iram stated he accepted the job due to needing money. Before traveling to Presidio, Iram met with Vanessa in Odessa, where she provided him the New Mexico Driver's License that they would be using for the illegal alien while passing through the checkpoint.

The next day, while traveling to Presidio, Iram received a pinpoint from Vanessa where the illegal alien would be waiting for pick up. Iram stated he arrived at the location, picked up the illegal alien and began driving towards Odessa, via Highway 67. Iram stated he told the illegal alien, if they were questioned at the checkpoint, to tell the agents they were at a funeral in Presidio and were now heading home. Iram stated they were arrested before they could use the story, due to the agents being suspicious about the ID he provided for the illegal alien.

I make this affidavit based on my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers. Because affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.

_Joel Velez_

Joel Velez

Border Patrol Agent-Intel

_David Fannin_

Honorable David B. Fannin

United States Magistrate Judge